IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHEAP REAL ESTATE WISCONSIN, LLC,

        Plaintiff,

v.

NANYA PENTELL, LLC, a/k/a DELLS HOTEL, LLC, MIDWEST HOTELS, INC. and BANK OF WISCONSIN DELLS,

        Defendants,
and

NANYA PENTELL, LLC,

        Third-Party Plaintiff,

v.

ROBERT SOBCZAK-SLOMCZEWSKI,

        Third-Party Defendant.

ORDER

09-cv-740-wmc

---

The court held a telephonic status conference on October 22, 2010, plaintiff Cheap Real Estate Wisconsin, LLC was represented by Attorney J. Stephen Walker; defendant/third-party plaintiff Nanya Pentell, LLC by Fred D. Hollenbeck; defendant Bank of Wisconsin Dells by Attorney Andrew Clarkowski; and third-party defendant Robert Sobczak-Slomczewski by Attorney Alexander McH. Memmen. Pursuant to stipulation and the court's order during that hearing:

ORDER

1

IT IS ORDERED that:

1. All claims by plaintiff Cheap Real Estate Wisconsin, LLC against defendants Nanya Pentell, LLC and Bank of Wisconsin Dells are DISMISSED with prejudice and without costs to any party.

2. All claims by plaintiff Cheap Real Estate Wisconsin, LLC against defendant Midwest Hotels, Inc. are DISMISSED as moot.

3. Defendant Nanya Pentell, LLC counterclaim against plaintiff Cheap Real Estate Wisconsin, LLC is DISMISSED with prejudice and without costs to any party.

4. Attorney Alexander McH. Memmen's motion to withdraw as counsel (dkt. #53) is WITHDRAWN.

Entered this 22nd day of October, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge